**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Isaac J. Pear, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Jane Doe # 1, Walmart (OGP) Associate, | ) | C.A. No.   2:22-cv-2858-DCN-MHC |
| Jane Doe # 2, Walmart (OGP) Manager, | ) | |
| Jane Doe # 3, Walmart (OGP) Supervisor, | ) | |
| Walmart Corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT WALMART INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a), (c), and § 1446, Defendant Walmart Inc.[1] ("Defendant"), files this Notice of Removal to the United States District Court for the District of South Carolina, Charleston Division.  Removal is proper based on the following grounds:

1.    On June 23, 2022, Plaintiff Isaac J. Pear, III initiated a civil action captioned *Isaac J. Pear, III, v. Jane Doe #1, Walmart (OGP) Associate, Jane Doe #2, Walmart (OGP) Manager, Jane Doe #3, Walmart (OGP) Supervisor, Walmart Corporation,* Civil Action No. 2022-CP-10-02808 ("the State Court Action"), by filing a Complaint in the Court of Common Pleas of Charleston County, South Carolina.  Plaintiff alleges one cause of action for religious discrimination.

2.    Plaintiff mailed a copy of the Summons and Complaint to Defendant's corporate office, and it was delivered on July 29, 2022.  Pursuant to 28 U.S.C. § 1446(a), copies of all

---

[1] Defendant is improperly identified in Plaintiff's Complaint as "Walmart Corporation."

process, pleadings, and orders served upon Defendant from the State Court Action are attached hereto as Exhibit A.

3.     This Notice of Removal is being timely filed within 30 days after receipt by Defendant by alleged service or otherwise of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based as required by 28 U.S.C. § 1446(b).

4.     Defendant has not filed an Answer or other pleading in this matter in the Court of Common Pleas of Charleston County, South Carolina.

5.     The United States District Court for the District of South Carolina has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 in that Plaintiff has alleged a cause of action arising under federal law and this Court has original jurisdiction for "all cases, in law and equity, arising under this Constitution, [and] the laws of the United States. . . ."  U.S. Const., Art. III, Sec. 2.  Specifically, Plaintiff states in his Complaint, "he has suffered Religious Discrimination in violation of his Civil Rights, and Constitutional Rights under the United States Constitution to Freedom of Religion and Due Process of the Law."  Accordingly, this matter is removable to this Court under the Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331.

6.     Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff and without conceding Plaintiff has alleged claims upon which relief may be granted.

7.     Removal to this Court is proper pursuant to 28 U.S.C. § 1446(a) because this Court is located in the district and division embracing the place where the State Court Action is pending.

8.     This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

9.    In accordance with 28 U.S.C. §1446(d), a copy of this Notice will be filed with the Clerk of Court for the County of Charleston, South Carolina, and served upon Plaintiff promptly after the filing of the original Notice of Removal in this action.

WHEREFORE, Defendant prays that further proceedings in the Charleston County Court of Common Pleas for the State of South Carolina be discontinued, that said State Court Action be removed to the United States District Court for the District of South Carolina, and that such Court assume full jurisdiction of such action as provided by law.

Respectfully submitted,

s/T. Chase Samples
T. Chase Samples (Fed. I.D. No. 10824)
Email:  Chase.Samples@jacksonlewis.com
Frank S. Stern (Fed. I.D. No. 12598)
Email:  Frank.Stern@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Phone: 864-232-7000
Fax: 864-235-1381

***ATTORNEYS FOR DEFENDANT WALMART INC.***

Dated:  August 26, 2022

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing **DEFENDANT WAL-MART STORES EAST, L.P.'S NOTICE OF REMOVAL** was served this day on *Pro Se* Plaintiff via United States Mail, postage prepaid and addressed to:

> Isaac J. Pear, III
> 7730 Peggy Drive
> North Charleston, SC 29418

Respectfully submitted,

s/T. Chase Samples
T. Chase Samples (Fed. I.D. No. 10824)
Email: Chase.Samples@jacksonlewis.com
Frank S. Stern (Fed. I.D. No. 12598)
Email: Frank.Stern@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Phone: 864-232-7000
Fax: 864-235-1381

*ATTORNEYS FOR DEFENDANT WALMART INC.*

Dated: August 26, 2022

4